JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| DAIRY EMPLOYEES UNION LOCAL 17 CHRISTIAN LABOR ASSOCIATION OF THE UNITED STATES OF AMERICA PENSION TRUST, and BOARD OF TRUSTEES, DAIRY EMPLOYEES UNION LOCAL 17 CHRISTIAN LABOR ASSOCIATION OF THE UNITED STATES OF AMERICA PENSION TRUST, <br><br> Plaintiffs, <br><br> v. <br><br> GREG ANEMA, NONA JORRITSMA, GERARD SLEGERS, and MARK STIEFEL, <br><br> Defendants. | Case No. EDCV 16-00096-JGB(DTBx) <br><br> **JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

In accordance with the Court's Order filed concurrently herewith, the Court hereby AFFIRMS the Arbitrator's December 16, 2015 Award. Plaintiffs' Complaint is DISMISSED WITH PREJUDICE.

The Court orders that such judgment be entered.

Dated: November 10, 2016

THE HONORABLE JESUS G. BERNAL
United States District Judge